BENJAMIN W. COHEN et al., Suing on Their Own Behalf and on Behalf of All Other Stockholders of Fisk Rubber Corporation Similarly Situated, Appellants, *v.* CHARLES A. DANA et al., Defendants and KARL H. BEHR et al., Respondents.

Argued November 22, 1949; decided December 29, 1949.

*Jacob Lippman, Jacob R. Freund* and *Howard Hilton Spellman* for appellants.

*Paul W. Williams* and *John H. Clark* for Karl H. Behr and others, respondents.

*Horace G. Hitchcock, Frederick W. Wood* and *Melvin D. Goodman* for Frederick M. Peyser and others, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.